

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00506-CV

NEWSTREAM ROANOKE 6.125, LLC, Appellant

V.

JONELL SHORE, YOUNG OK KIM, AND SOON BOON CHANGE, Appellees

§ On Appeal from the 431st District Court

§ of Denton County (22-5855-431)

§ August 31, 2023

§ Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant Newstream Roanoke 6.125, LLC shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
      Justice Dana Womack